BELTON ET AL. *v.* SMITH.[*]

From the Shelby Circuit Court.

*A. Major* and *S. Major*, for appellants.

*K. M. Hord, A. Blair, M. M. Ray, G. H. Voss, B. F. Davis,* and *J. A. Holman*, for appellee.

PETTIT, C. J.—The submission in this case is set aside, there being a total failure to comply with rule nineteen of this court. Neither the pages nor lines are numbered, nor are there any marginal notes.

[*]November term, 1872.